# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RODRIGO CAMPOS,                                                  Civil No. 05-1869 (JRT/AJB)

    Petitioner,

v.                                                                              O R D E R

UNITED STATES OF AMERICA,

    Respondent.

---

    Rodrigo Campos, #18724-047, FCI, Post Office Box 1731, Waseca, Minnesota 56093, *pro se* petitioner.

    Tracy Braun, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for respondent.

    Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated August 19, 2005, all the files and records, and no objections having been filed to said Recommendation,

    IT IS HEREBY ORDERED that:

    Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, [Docket No. 1], is DISMISSED for lack of jurisdiction.

DATED: September 15, 2005
at Minneapolis, Minnesota.

                                                                   s/John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                                        United States District Judge